# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

EDWARD W. HAY AND JUNE HAY

VERSUS

PROGRESSIVE PROPERTY
INSURANCE COMPANY

NO.   2024 CW 0643

**OCTOBER 18, 2024**

---

In Re:   Progressive Property Insurance Company, applying for supervisory writs, 32nd Judicial District Court, Parish of Terrebonne, No. 198443.

---

**BEFORE:   GUIDRY, C.J., PENZATO AND STROMBERG, JJ.**

**WRIT DENIED ON THE SHOWING MADE.**

**JMG**
**AHP**
**TPS**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT